ROBERT J. STEWART, Appellant, *v.* HENRY N. AHRENS, Respondent.

(Argued November 16, 1936; decided November 18, 1936.)

*Walter H. Merritt* for motion.

*Horace M. Gray* opposed.

Motion denied, without costs.